# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MALEC HOLDINGS II, LTD.,  JUDGMENT IN A CIVIL CASE

                Plaintiff,
        v.                  case number: 04-C-991

CHRISTOPHER SEAN ENGLISH,
ANITA ENGLISH, IRA B. ROBINS,
and ROBER MIHELICH,

                Defendants.

*Decision by Court.* This action came on for consideration before the Court and a decision has been rendered.

IT IS ORDERED that the plaintiff's motion to dismiss the defendants' counterclaims (Docket ##30, 62) be and the same is hereby DENIED AS MOOT;

IT IS FURTHER ORDERED that the defendants' motion to stay discovery pending resolution of the motions to dismiss (Docket #36) be and the same is hereby DENIED AS MOOT;

IT IS FURTHER ORDERED that the plaintiff's motion for extension (Docket #45) be and the same is hereby DENIED AS MOOT;

IT IS FURTHER ORDERED that the plaintiff's motion to strike (Docket #47) be and the same is hereby DENIED AS MOOT;

IT IS FURTHER ORDERED that the defendants' motions for sanctions (Docket ##38, 41, 42) be and the same are hereby DENIED without prejudice;

IT IS FURTHER ORDERED that the defendants' be and the same are hereby GRANTED leave to refile the Rule 11 sanction request at any time during August 2005;

IT IS FURTHER ORDERED that the defendants' motions to dismiss pursuant for lack of subject matter jurisdiction (Docket ##32, 34, 35) be and the same are hereby GRANTED; and

IT IS FURTHER ORDERED that this action be and the same is hereby DISMISSED for lack of subject matter jurisdiction.

APPROVED:     s/J. P. Stadtmueller
              U.S. District Judge

 June 15, 2005                                    SOFRON B. NEDILSKY
Date                                              Clerk

                                                  s/Debra A. Graff
                                                  (By) Deputy Clerk

2

Case 2:04-cv-00991-JPS   Filed 06/15/05   Page 2 of 2   Document 67