# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

MALEC HOLDINGS II, LTD.,

        Plaintiff,

      v.                                     Case No. 04-CV-991

CHRISTOPHER SEAN ENGLISH,
ANITA ENGLISH,
IRA B. ROBINS, and
ROBERT MIHELICH

        Defendants.

_____

# ORDER

On March 26, 2008, the parties in this case filed a joint motion to amend the court's scheduling order. (Docket #129). At a status conference held on October 3, 2008, the parties informed the court of related litigation pending in state court, the results of which may have bearing on this case. The court placed proceedings in this case on hold pending notice from the parties of a resolution in the related state court litigation. As a result, the court will deny the parties' pending joint motion to amend the scheduling order without prejudice subject to renewal following disposition of related litigation pending in state court.

Accordingly,

**IT IS ORDERED** that the parties' joint motion to amend the scheduling order (Docket #129) be and the same is hereby **DENIED** without prejudice subject to renewal following disposition of related litigation pending in state court.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

-2-